# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY TERRY BROOKS A/K/A
GREGORY T. BROOKS A/K/A GREG
BROOKS, JR.

VERSUS

LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE A/K/A
LOUISIANA STATE UNIVERSITY,
BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AGRICULTURAL AND MECHANICAL
COLLEGE AND OUR LADY OF THE
LAKE REGIONAL MEDICAL
CENTER

OCTOBER 23, 2025

---

In Re:    Louisiana State University and Agricultural and Mechanical College A/K/A Louisiana State University, The Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and Owen Stanley, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 751840.

---

BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.

WRIT GRANTED. The district court's June 12, 2025 judgment which overruled the exception of prematurity filed by defendants, Louisiana State University and Agricultural and Mechanical College a/k/a Louisiana State University, Board of Supervisors of Louisiana State University Agricultural and Mechanical College, and Owen Stanley, is reversed in part. Defendants introduced into evidence certificates of qualification for Louisiana State University and Owen Stanley issued by the State of Louisiana, Medical Review Panel, Division of Administration, stating both qualify as a state health care provider under the provisions of La. R.S. 40:1237.2, which constitutes prima facie evidence. **Batson v. S. Louisiana Med. Ctr.**, 2002-2381 (La. App. 1st Cir. 6/27/03), 858 So.2d 653, 660, underline writ denied, 2003-2077 (La. 11/5/03), 857 So.2d 490. Moreover, we find the allegations made by plaintiff against these defendants center on acts which were performed or should have been performed in connection with plaintiff's medical treatment, thereby constituting "health care" as defined by La. R.S. 40:1237.1(3), and in turn, the definition of "malpractice" therein. However, we note the parties and the court agreed, in open court, that three of the claims constitute tort claims and did not constitute claims of malpractice and would remain in district court, which were described as the claims related to the funds raised, the name, image and likeness, and the "hero" award. The exception of prematurity filed by defendants, Louisiana State University and Agricultural and Mechanical College a/k/a Louisiana State University, Board of Supervisors of Louisiana State University Agricultural and Mechanical College, and Owen Stanley,

# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

is granted in part, and with the exception of the three claims stipulated by the parties as remaining in district court, plaintiff's remaining claims against these defendants are dismissed, without prejudice.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT